

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00313-CR

David **GREENWOOD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW1707142
Honorable Lynn Ellison, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 8, 2023.

Luz Elena D. Chapa, Justice